■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC SHERWOOD, Appellant. [719 NYS2d 581] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered November 24, 1998, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People's summation remarks constituted reversible error is unpreserved for appel-

late review. He either failed to object to the remarks, made only a general objection, or his objections were sustained without any further request for curative instructions or a timely motion for mistrial (*see,* CPL 470.05 [2]; *People v Tevaha,* 84 NY2d 879; *People v Heide,* 84 NY2d 943; *People v Medina,* 53 NY2d 951; *People v Persaud,* 237 AD2d 538). In any event, the defendant's contentions are largely without merit, and any error was harmless in light of the overwhelming evidence of guilt (*see, People v Crimmins,* 36 NY2d 230, 241-242). Ritter, J. P., S. Miller, Luciano and Smith, JJ., concur.